UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | Faith A. Johnson-Martin<br>FKA Faith A. Johnson<br>xxx-xx-7748<br>6436 Sexton Dr.<br>North Chesterfield, VA 23228<br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:16-BK-31550-KRH<br><br>Chapter 7 |
|---|---|---|---|
| | FAITH A. JOHNSON-MARTIN<br>Plaintiff(s) | )<br>)<br>)<br>) | |
| v. | | ) | AP No. 3:16-AP-3267-KRH |
| | Jormandy, LLC, *et al*<br>Defendant(s) | | |

**CONSENT ORDER ON COMPLAINT TO AVOID LIEN**

Upon consideration of the complaint by the plaintiff(s), DEBTOR(S), asking that Defendant's judgment be held unsecured and stripped off, and Defendants be treated as an unsecured creditor, the creditor consenting, the court finds that due and proper service of process has been effected pursuant to FRBP 7004, that there is no equity in the property to benefit the creditors; and it is hereby

ORDERED that Defendant's judgment lien, are stripped off DEBTOR(S) principal residence at 6436 Sexton Dr., North Chesterfield, VA in the County of Chesterfield, Virginia, with a legal description of

ALL that certain lot or parcel of land, together with all improvements thereon and appurtenances thereunto belonging, lying and being in Clover Hill District, Chesterfield County, Virginia, and designated as Lot 2, Block G, of Ashley Village, on that certain plat of survey prepared by Kenneth L. Barton, Land Surveyor-Partnership, dated September 28, 1990, entitled "Map of Survey of "Ashley Village", Dale District, Chesterfield County, Virginia", a copy of which is recorded in the Clerk's Office of the Circuit Court of Chesterfield County, Virginia, in Plat Book 73, Page 38, to which plat reference is made for a more particular description of the land hereby conveyed, also shown in Plat Book 24, page 49-52.

BEING a part of the same real estate conveyed to CraftMaster Homes, LLC, a Virginia limited liability company, by Deed from Community Partners, LLC, a Virginia limited liability company, dated March 10, 2006, recorded March 14, 2006, in the Clerk's Office, Circuit Court, Chesterfield County, Virginia, in Deed Book 7000, Page 294.

leaving Defendant with unsecured debts to be treated as such in their Chapter 7.

FURTHER, it is ORDERED that this order along with a copy of the Discharge pursuant to Pursuant to Chapter 7 in the underlying Bankruptcy case shall act as a release of said lien.

FURTHER ORDERED that the Clerk of the Court is directed to send true copies of this Order to all counsel of record.

ENTERED: Sep 19 2016          /s/ Kevin R Huennekens
                              _____
                              Keith L. Phillips, Judge

WE ASK FOR THIS:

Entered on Docket: Sep 21 2016

FAITH A. JOHNSON-MARTIN
DEBTOR


/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
Tel: 804.592.0792 Fax: 804.234.1159
jkrumbein@krumbeinlaw.com




JORMANDY, LLC
/s/ Diane J. Manning, Esq.
Diane J. Manning, Esq. VSBN70138
General Counsel for Jormandy, LLC
6363 Center Drive
Building 6, Suite 203
Norfolk, VA  23502
Phone: 757-747-6200 ext. 310
Fax 757-747-6007
Diane@jormandy.com

**CERTIFICATION PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
Tel: 804.592.0792 Fax: 804.234.1159
jkrumbein@krumbeinlaw.com

MAILING MATRIX

**BY ECF**
Jason M. Krumbein, Special counsel for Faith A. Johnson-Martin

**BY US MAIL**
Pia J. North, Bankruptcy Counsel for Faith A. Johnson-Martin
5913 Harbour Park Dr/
Midlothian, VA 23112

Faith A. Johnson-Martin
6436 Sexton Drive
N. Chesterfield, VA 23224

Jormandy, LLC
P.O. Box 12173
Norfolk, VA 23541

United States Bankruptcy Court
Eastern District of Virginia

Martin,
    Plaintiff

Adv. Proc. No. 16-03267-KRH

Sentry Early Warning Systems,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0422-7    User: baumgartn    Page 1 of 1    Date Rcvd: Sep 21, 2016
                      Form ID: pdford9    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2016.
pla        +Faith A. Johnson Martin,   6436 Sexton Drive,   North Chesterfield, VA 23224-5674
             +Jormandy, LLC,   PO Box 12173,   Norfolk, VA 23541-0173
             +Pia North, Bankruptcy Counsel for,   Faith Johnson-Martin,   5913 Harbour Park Dr,
              Midlothian, VA 23112-2163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:
        Jason Meyer Krumbein   on behalf of Plaintiff Faith A. Johnson Martin jkrumbein@krumbeinlaw.com, a30156@yahoo.com;plutzky@krumbeinlaw.com
        TOTAL: 1